CRIMINAL COURTROOM MINUTES – PTC

CASE NO.: _____     CASE NAME: _____

JUDGE: _____     CLERK: _____     DATE: _____     DAY: _____

**APPEARANCES:**

GOVERNMENT BY:                                         DEFENDANT BY:

_____          _____

_____          _____

_____          _____

DEFENDANT PRESENT:        YES        NO
EXCUSED BY COURT:           YES        NO

MOTIONS FILED:                 YES        NO

DOCKET NO.:            DESCRIPTION:                                          *STATUS:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

           *DAU (DENIED AS UNNECESSARY)          *GIP (GRANTED IN PART)

TRIAL ESTIMATE: _____     TRIAL DATE: _____

BRIEFING SCHEDULE: _____
_____

START TIME: _____     END TIME: _____     TOTAL TIME: _____

                                                     TAPE NO.: _____

                                                     COUNTER NO.: _____