IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

CHRISTOPHER C. BELL,

                Defendant.

MEMORANDUM

09-cr-19-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Defendant Christopher Bell has written to ask the court to support his request for the full measure of halfway house placement available to him under 18 U.S.C. § 3624(c), which authorizes the Director of the Bureau of Prisons to place prisoners in a community facility for no more than 12 months, to help them adjust to reentry into the community. I have no objection to defendant's placement in a residential reentry center for whatever length of time the Director of the Bureau of Prisons believes is appropriate, but it is not within my authority to direct the Bureau of Prisons to order such a placement.

     Entered this 14th day of January, 2022.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge